UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61703-Civ-SCOLA

SSH2 ACQUISITIONS, INC.

    Plaintiff,

vs.

JAMES CLARK HOWARD III,
PATRICIA SAA a/k/a, PATRICIA
STELLA MELENDEZ, SUTTON
CAPITAL, LLC, and RAPALLO
INVESTMENT GROUP, LLC,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

THIS MATTER is before the Court on the Plaintiff's Motion for an Amended Judgment, and the parties' Stipulated Judgment (ECF No. 80). The Plaintiff filed its Amended Complaint in this action on April 28, 2011, and Defendants James Clark Howard, III ("Howard") and Sutton Capital, LLC ("Sutton") filed their Answer, and admitted the jurisdiction of this Court over the subject matter of this action. Plaintiff and Defendants Howard and Sutton have agreed upon a basis for settling this action, including the entry of a Final Judgment. Those parties have entered into a Stipulation of Settlement, dated May 9, 2012, the original of which has been filed with this Court. This Stipulation was made solely for the purpose of settlement and without an admission of any of the allegations of the Amended Complaint or of any matters arising of it. There has been no trial of the matters alleged in the Amended Complaint, nor has their been any finding of fact, conclusion of law, or other adjudication of any matter alleged in, or arising out of, the Amended Complaint. No notice or hearing of the entry of Final Judgment by Consent is required to be given.

The Court has reviewed and accepts the Stipulation of Settlement between Plaintiff, SSH2 Acquisitions, Inc. and Defendants James Clark Howard III and Sutton Capital, LLC (ECF No. 80). There being no just reason for delay for an entry of

judgment in this matter, according to the provisions of Federal Rules of Civil Procedure 54(b) and 58, it is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff, SSH2 Acquisitions, Inc., and against Defendants James Clark Howard III and Sutton Capital, LLC, jointly and severally, in the amount of four million, seven hundred and fifty thousand dollars ($4,750,000.00), on Count II of the Amended Complaint, for which sum let execution issue.  The remaining counts of the Amended Complaint are dismissed with prejudice, as against Defendants James Clark Howard, III and Sutton Capital, LLC only, without costs or disbursements.

    **DONE and ORDERED** in chambers, at Miami, Florida, on June 8, 2012.

    _____
    **ROBERT N. SCOLA, JR.**
    **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*